# U.S. District Court
## Southern District of Alabama - District Version 1 (Selma)
### CIVIL DOCKET FOR CASE #: 2:03-cv-00842-CG

MONY Life Insurance Company v. Burford et al  
Assigned to: Chief Judge Callie V. S. Granade  
Referred to: Magistrate Judge Kristi D. Lee  
Demand: $  
Lead Docket: None  
Related Cases: None  
Case in other court: None  
Cause: 28:1332 Diversity-Declaratory Judgement  

Date Filed: 12/11/03  
Jury Demand: None  
Nature of Suit: 110 Insurance  
Jurisdiction: Diversity  

**Plaintiff**
-----------------------

| | | |
|---|---|---|
| **MONY Life Insurance Company** | represented by | **Brian Thomas Pugh**<br>Hamilton, Butler, Riddick, Tarlton & Sullivan, P.C.<br>P.O. Box 1743<br>Mobile, AL 36633<br>(334) 432-7517<br>Fax : 2514324276<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Joseph C. Sullivan, Jr.**<br>Hamilton, Butler, Riddick, Tarlton & Sullivan, P.C.<br>P.O. Box 1743<br>Mobile, AL 36633<br>(334) 432-7517<br>Fax : 2514324276<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael R. Pennington**<br>Bradley, Arant, Rose & White<br>1819 Fifth Ave. N.<br>Birmingham, AL 35203<br>(205) 521-8000<br>Email: mpennington@bradleyarant.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert James Campbell**<br>Bradley, Arant, Rose & White<br>1819 Fifth Ave. N.<br>Birmingham, AL 35203<br>(205) 521-8000<br>Email: rjcampbell@bradleyarant.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

v.

**Defendant**
------------------------

| | |
|---|---|
| **Peyton D. Burford, Jr.** | represented by **Donald M. McLeod**<br>P. O. Box 788<br>Camden, AL 36726<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Geraldine Burford** | represented by **Donald M. McLeod**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Filing Date | # | Docket Text |
|---|---|---|
| 12/11/2003 | 1 | COMPLAINT FOR DECLARATORY JUDGMENT & OTHER RELIEF against Geraldine Burford, Peyton D. Burford Jr. filed by MONY Life Insurance Company. (Filing Fee $150, Receipt No. 45195) (Attachments: (1) Exh. 1, (2) Exh. 2, (3) Exh. 3, (4) Exh. 4, (5) Exh. 5, (6) Exh. 6, (7) Exh. 7 & 8, (8) Civil Cover Sheet)(tot,) (Entered: 12/11/2003) |
| 12/11/2003 | 2 | Summons Issued as to Geraldine Burford, Peyton D. Burford Jr. (mailed to plf's attny on 12/11/03)(tot,) (Entered: 12/11/2003) |
| 12/11/2003 | 3 | Service Order entered 12/11/2003. Plaintiff to notify the Court the action taken to effect service and the results thereof. Service order deadline set to 1/26/2004. (copies to plf's attnys on 12/11/03) (Entered: 12/11/2003) |
| 12/11/2003 | | Disclosure Statement Mailed to Plaintiff MONY Life Insurance Company (to Michael R. Pennington, Esq.); Disclosure Statement Due 12/22/2003. (tot,) (Entered: 12/11/2003) |
| 12/15/2003 | 4 | Disclosure Statement filed by Plaintiff MONY Life Insurance Company. (Ref to J/Granade & MJ/Lee on 12/16/03) (tot,) (Entered: 12/16/2003) |
| 12/15/2003 | 5 | NOTICE of Appearance of Additional Counsel by Brian Thomas Pugh, Joseph C. Sullivan Jr. on behalf of MONY Life Insurance Company. (tot,) (Entered: 12/16/2003) |
| 12/15/2003 | 6 | MOTION to Stay Proceedings by MONY Life Insurance Company. (Referred to Judge Granade on 12/16/03)(tot,) (Entered: 12/16/2003) |
| 12/15/2003 | 7 | MEMORANDUM in Support of 6 MOTION to Stay Proceedings filed by MONY Life Insurance Company. (Ref to J/Granade on 12/16/03) (tot,) (Entered: 12/16/2003) |
| 12/16/2003 | 8 | ORDER GRANTING 6 Motion to Stay Proceedings. This action is STAYED |

|  |  | pending a determination by the JPML as to whether this action should be transferred to MDL No. 1143. Signed by Judge Callie V. S. Granade on 12/16/03. (copies to parties on 12/17/03) (tot,) (Entered: 12/17/2003) |
|---|---|---|
| 12/24/2003 | 9 | ALIAS Summonses issued by mail to pltf's counsel for service on Geraldine Burford, Peyton D. Burford Jr. (mab) (Entered: 12/24/2003) |
| 12/24/2003 | 10 | Return of Service Executed; Geraldine Burford served on 12/18/2003, answer due 1/7/2004. (tot,) (Entered: 12/30/2003) |
| 01/05/2004 | 11 | MOTION to Dismiss by Geraldine Burford, Peyton D. Burford Jr. (Referred to Judge Granade on 1/6/04)(tot,) (Entered: 01/06/2004) |
| 01/07/2004 | 12 | ALIAS SUMMONS Returned Executed by MONY Life Insurance Company. Geraldine Burford served on 12/31/2003, answer due 1/20/2004; Peyton D. Burford Jr. served on 12/31/2003, answer due 1/20/2004. (tot,) (Entered: 01/08/2004) |

| PACER Service Center ||
|---|---|
| Transaction Receipt ||
| 02/13/2004 14:19:48 ||
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Case Number: | 2:03-cv-00842-CG |
| Billable Pages: | 2 | Cost: | 0.14 |