IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB 18 P 4: 21
US DISTRICT COURT
DISTRICT OF MASS.

-------------------------------- x
IN RE MUTUAL LIFE INSURANCE COMPANY OF :
NEW YORK PREMIUM LITIGATION           :  MDL Docket No. 1143
-------------------------------- x
MONY Life Insurance Company,          :
                         Plaintiff,   :
                                      :  Civil Action No. 2003-842-CG-L
         v.                           :
                                      :
PEYTON D. BURFORD, JR., and GERALDINE :
BURFORD,                              :
                         Defendants.  :
-------------------------------- x

## NOTICE OF APPEARANCE

Kathryn K. Conde of Nutter, McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA, 02210-2604, hereby enters her appearance on behalf of Defendant, MONY Life Insurance Company (formerly known as, the Mutual Life Insurance Company of New York) in the above-entitled action.

_____
Kathryn K. Conde (BBO # 634647)
NUTTER, McCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Date: February 18, 2005

1405102.1

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail by hand

Date: 2-18-05   Kathryn K. Conde