IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 18  P 4: 21

DISTRICT OF COURT
DISTRICT OF MASS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE MUTUAL LIFE INSURANCE COMPANY OF    :
NEW YORK PREMIUM LITIGATION              :    MDL Docket No. 1143

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MONY Life Insurance Company,             :
                            Plaintiff, :
                                         :    Civil Action No. 2003-842-CG-L
                  v.                     :
                                         :    04-10311- EFH
                                         :
PEYTON D. BURFORD, JR., and GERALDINE    :
BURFORD,                                 :
                            Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PLAINTIFF'S MOTION
## FOR SUMMARY JUDGMENT

Plaintiff MONY Life Insurance Company (f/k/a The Mutual Life Insurance Company of New York) ("MONY" or the "Company") hereby moves, pursuant to Fed. R. Civ. P. 56, for summary judgment on its sole claim in this action – a claim for declaratory judgment pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 – 2202.

As grounds for this Motion, MONY submits the accompanying Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment and its Statement of Material Facts and Procedural History Pursuant to Local Rule 56.1 and states further as follows:

1.    The Burfords have alleged that they were misled into purchasing a "vanishing premium" whole life policy from MONY based on alleged misrepresentations about the number of out-of-pocket premiums to be paid.  They signaled their intention to sue MONY with regard to this claim, and MONY subsequently instituted this action for declaratory judgment.

2.  Because the Burfords purchased a whole life policy on a "vanishing premium"

basis in 1991, they are members of an earlier filed, nationwide class of "vanishing premium" policyholders certified in *Goshen v. The Mutual Life Insurance Company of New York et al.*, Index No. 95-600466 ("Goshen"), Commercial Division of the New York State Supreme Court. The Burfords, having received actual mailed notice of *Goshen*, did not exercise their right to opt out of the *Goshen* class.

3. The claims of all *Goshen* class members, who purchased their policies outside of New York, have been dismissed on the merits, with prejudice. Thus, the claims of the Burfords are barred by *res judicata*, as found by this Court in *In re Mutual Life Ins. Co. of N.Y. Sales Practices Litig.* (*McLean et al. v. MONY Life Ins. Co.*), 295 F. Supp. 2d 140 (D. Mass. 2003); *Crook et al. v. Mutual Life Ins. Co. et al.*, No. 03-11528-EFH (D. Mass. Nov. 16, 2004); and *Goeke v. Mutual Life Ins. Co.*, No. 00-11705-EFH (D. Mass. Nov. 16, 2004).

WHEREFORE, MONY respectfully requests that summary judgment be entered in its favor and that the Court enter an Order:

(a) declaring that any claim by defendants Peyton D. Burford, Jr. and Geraldine Burford arising out of or in connection with the purchase of MONY life insurance policy number 13592208 (the "Policy") are barred by New York's transactional approach to the doctrine of *res judicata*; and

(b) permanently enjoining and restraining defendants Peyton D. Burford and Geraldine Burford -- and any of their agents, attorneys, representatives, assigns and all other persons claiming by, through or under them -- from instituting suit or prosecuting further against MONY any suit in relation to or on account of any alleged deceptive sales practices arising out

2

of the purchase of the Policy.

MONY LIFE INSURANCE COMPANY,

By its attorneys,

*[signature: Kathryn K. Conde]*

Daniel J. Gleason (BBO #194900)
Kathryn K. Conde (BBO #634647)
Members of the Firm
NUTTER, McCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

*Of Counsel:*

Harvey Kurzweil
Richard W. Reinthaler
James P. Smith III
John E. Schreiber
Corinne D. Levy
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092
212-259-8000

Dated:  February 18, 2005

I hereby certify that a ...
... above document was ...
attorney of record for each ...

... 2·18·05  Kathryn K. Conde

3

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that I attempted to confer by telephone with counsel of record for the defendants, Peyton and Geraldine Burford, on February 17, 2005 and informed counsel by voice message of MONY's intent to file the instant Motion. As of the time that this Motion was filed, I had not heard from defendants' counsel.

Kathryn K. Conde

1405207.1