IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 FEB 18 P 4:21

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

IN RE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK PREMIUM LITIGATION

MDL Docket No. 1143

---

MONY Life Insurance Company,

        Plaintiff,

v.

PEYTON D. BURFORD, JR., and GERALDINE BURFORD,

        Defendants.

Civil Action No. 2003-842-CG-L

## AFFIRMATION OF JAMES P. SMITH III

JAMES P. SMITH III, an attorney duly admitted to practice in the State of New York, hereby affirms as follows:

1. I am a member in good standing of the bar of the State of New York and of the law firm of Dewey Ballantine LLP ("Dewey Ballantine"), co-counsel for plaintiff MONY Life Insurance Company (f/k/a The Mutual Life Insurance Company of New York) ("MONY") in the above-captioned constituent action in MDL No. 1143. I have been admitted *pro hac vice* to this Court for purposes of MDL No. 1143. I submit this affirmation in support of MONY's motion for summary judgment in this action.

2. Annexed hereto are true and correct copies of the following documents:

    Exhibit 1: Decision of the Supreme Court of the State of New York dated June 7, 1996, granting class certification in the *Goshen* action, together with the original and amended class certification orders entered pursuant thereto, dated August 13, 1996 and December 6, 1996, respectively;

    Exhibit 2: Mailed and publication Notice of Pendency of Class Action in the *Goshen* action;

Exhibit 3:    Order of the Supreme Court of the State of New York in the *Goshen* action dated December 6, 1996;

Exhibit 4:    Judgment of the Supreme Court of the State of New York in the *Goshen* action dated October 29, 1997;

Exhibit 5:    MONY's opening brief in support of its motion for summary judgment in the *McLean* action, dated July 31, 2003;

Exhibit 6:    Plaintiffs' brief in opposition to MONY's motion for summary judgment in the *McLean* action, dated August 21, 2003;

Exhibit 7:    MONY's reply brief in support of its motion for summary judgment in the *McLean* action, dated September 5, 2003;

Exhibit 8:    Complaint for Declaratory Judgment and Other Relief, dated December 11, 2003;

Exhibit 9:    This Court's Order in the *McLean* action, dated November 17, 2003;

Exhibit 10:   This Court's Order in the *Crook* action, dated November 16, 2004;

Exhibit 11:   This Court's Order in the *Goeke* action, dated November 16, 2004; and

Exhibit 12:   Affidavits of Regina LaPolla submitted in the *Goshen* action, sworn to February 3, 1997 and March 21, 1997, respectively.

3. In connection with the certification of the *Goshen* class, MONY identified the names and addresses of more than 94,000 potential class members to receive individual mailed copies of the Notice of Pendency of Class Action in *Goshen*, and Dewey Ballantine, working with MONY, compiled a list of the same (the "Notice List") to be used in mailing the Notice of Pendency of Class Action. The mailing of individual notice to the persons listed on the Notice List was sworn to by Regina LaPolla, counsel of record for plaintiffs in the *Goshen* action, in affidavits dated February 3, 1997 and March

21, 1997 filed in the New York State Supreme Court, copies of which are annexed hereto as collective Exhibit 12. Dewey Ballantine maintains an electronic record of the Notice List, and Peyton D. Burford's name and then-current address, as reflected in MONY's records (431 Clifton Street, Camden, Alabama 36726), appears on it.

4. As attested to in the February 3, 1997 LaPolla affidavit, the Notice of Pendency of Class Action in *Goshen* was also published in the national editions of The New York Times and USA Today. *See* Ex. 12.

5. Pursuant to the Notice of Pendency of Class Action in the *Goshen* action, annexed hereto as Exhibit 2, potential class members were informed that requests for exclusion (*i.e.*, to "opt-out" of) the *Goshen* class were to be sent to my attention at Dewey Ballantine, as counsel of record for MONY in *Goshen*, and to the attention of Ms. LaPolla at Milberg Weiss, as class counsel. Based on Dewey Ballantine's records, neither Peyton D. Burford, Jr. nor Geraldine Burford requested exclusion from the *Goshen* class.

Dated: February 16, 2005

                                                                  James P. Smith III

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

2-18-05   Kathryn K. Conde