# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IN RE MUTUAL LIFE INSURANCE
COMPANY OF NEW YORK PREMIUM
LITIGATION

CIVIL ACTION NO.:
96-10411-EFH (lead case)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KATHLEEN GOEKE,
               Plaintiff

            v.

MUTUAL LIFE INSURANCE COMPANY
OF NEW YORK,
               Defendant.

CIVIL ACTION NO.:
00-11705-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# O R D E R

November 16, 2004

HARRINGTON, S.D.J.

    The defendant's motion for summary judgment is granted for the reasons stated in this Court's November 16, 2004 Memorandum and Order in the case of <u>Ira Thomas Crook, III, et al. v. Mutual Life Insurance Company of New York, et al.</u>, Civil Action No. 03-11528-EFH (MDL No. 1143).

    SO ORDERED.

                                          /s/ Edward F. Harrington
                                          EDWARD F. HARRINGTON

United States Senior District Judge

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

PAUL A. GOSHEN, on behalf of ) 
himself and all others ) Index No. 95-600466
similarly situated, )
 )
                Plaintiff, )
 )
- against - )
 )
THE MUTUAL LIFE INSURANCE COMPANY )
OF NEW YORK and MONY LIFE )
INSURANCE COMPANY OF AMERICA, )
 )
                Defendants. )

AFFIDAVIT OF REGINA L. LaPOLLA *proving service and publication of notice [illegible]*

STATE OF NEW YORK )
                    ) ss.
COUNTY OF NEW YORK )

      REGINA L. LaPOLLA, being duly sworn, deposes and says:

      1.    I am associated with the law firm of Milberg Weiss Bershad Hynes & Lerach LLP ("Milberg Weiss"), counsel of record for Plaintiff Goshen and the Class in the above-captioned action. This affidavit is based on personal knowledge and knowledge from files maintained by my firm.

      2.    On December 16, 1996 in accord with this Court's Order dated December 5, 1996, notice of the pendency of this class action, in a form approved by this Court, was mailed to those addresses provided by defendants of policyholders identified by defendants as potential members of the class. In excess of 94,000 notices were mailed on this date. Attached hereto as Exhibit A is a copy of the notice in the form that was mailed.

      3.    On December 23, 1996 notice of the pendency of class action, in a form approved by this Court, was published in the national edition of The New York Times. Attached hereto as Exhibit B is a copy of the Certification of Publication provided by Arlene Moller, Principal Clerk of the New York Times.

4. On December 24, 1996 notice of the pendency of class action, in a form approved by this Court, was published in the national edition of USA TODAY. Attached hereto as Exhibit C is a copy of the Verification of Publication provided by Venus D. Bradley, Principal Clerk of USA TODAY.

                                                                                    _____
                                                                                   Regina L. LaPolla

Sworn to before me this
3rd day of February 1997

_____
       Notary Public

CAROL MUNTZENBERGER
Notary Public, State of New York
No. 41-4620143
Qualified in Queens County
Commission Expires March 30, 1997

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

PAUL A. GOSHEN, on behalf of ) 
himself and all others ) Index No. 95-600466
similarly situated, )
)
           Plaintiff, )
)
- against - )
)
THE MUTUAL LIFE INSURANCE COMPANY )
OF NEW YORK and MONY LIFE )
INSURANCE COMPANY OF AMERICA, )
)
           Defendants. )

---

AFFIDAVIT OF REGINA L. LaPOLLA *proving service of Supplemental Notice to Class*

STATE OF NEW YORK )
                      ) ss.
COUNTY OF NEW YORK )

    REGINA L. LaPOLLA, being duly sworn, deposes and says:

    1.    I am associated with the law firm of Milberg Weiss Bershad Hynes & Lerach LLP ("Milberg Weiss"), counsel of record for Plaintiff Goshen and the Class in the above-captioned action. This affidavit is based on personal knowledge and knowledge from files maintained by my firm.

    2.    Between February 3 and 6, 1997, a supplemental mailing of notice of the pendency of this class action, in a form approved by this Court, was mailed to those addresses provided by defendants of policyholders identified by defendants as potential members of the class who had not been earlier identified or had been identified but the notice had been returned as undeliverable.

In excess of 2,400 notices were mailed at this time. Attached hereto as Exhibit A is a copy of the notice in the form that was mailed.

_____
Regina L. LaPolla

Sworn to before me this
21st day of March 1997

_____
Notary Public

BARRY A. WEPRIN
Notary Public, State of New York
No. 24-4753243
Qualified in Westchester County
Commission Expires March 30, 19___
May , 1997