IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
------------------------------------- x
IN RE MUTUAL LIFE INSURANCE COMPANY OF   :   MDL Docket No. 1143
NEW YORK PREMIUM LITIGATION              :
------------------------------------- x
MONY Life Insurance Company,             :
                              Plaintiff, :   Civil Action No. 2003-842-CG-L
                                         :
              v.                         :
                                         :
                                         :
PEYTON D. BURFORD, JR., and GERALDINE    :
BURFORD,                                 :
                             Defendants. :
------------------------------------- x
```

**MONY LIFE INSURANCE COMPANY'S**
**MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff MONY Life Insurance Company (formerly The Mutual Life Insurance Company of New York) ("MONY" or the "Company") hereby moves for entry of final judgment in the above-referenced action, in accordance with the Court's Order dated April 5, 2005. In support of this Motion, MONY states as follows:

1. This declaratory judgment action arose out of claims threatened by Defendants, Peyton D. Burford, Jr. and Geraldine Burford (the "Burfords"), against MONY, alleging that they were misled by MONY into purchasing a "vanishing premium" whole life policy (the "Burford Policy") on the basis of alleged misrepresentations regarding whether additional premiums would be due on the policy beyond the initial premium payments.

2. On June 7, 1996, a nationwide class of "vanishing premium" life insurance policyholders was certified in *Goshen v. The Mutual Life Insurance Company of New York et al.*, Index No. 95-600466 ("*Goshen*"). As a member of the certified class, Mr. Burford,

the insured on the Burford Policy, received notice of the class certification. He did not, however, opt out of the class.

3. The court in *Goshen* subsequently dismissed all the claims against MONY, except for the claims of New York policyholders under New York's consumer protection statute. *See Goshen v. The Mutual Life Ins. Co. of N.Y.*, No. 600466, 95-006, 1997 WL 710669 at *13 (N.Y. Sup. Ct. Oct. 21, 1997), *aff'd*, 259 A.D.2d 360, 684, N.Y.S.2d 791 (N.Y. App. Div. Mar. 18, 1999), *aff'd as modified by Gaidon v. Guardian Life Ins. Co. of America,* 94 N.Y.2d 330, 725 N.E.2d 598 (N.Y. Dec. 20, 1999).

4. On or about December 11, 2003, MONY commenced this action, seeking a declaration that the Burfords were barred by the doctrine of *res judicata* from bringing their threatened claims relating to the Policy. MONY further sought entry of a permanent injunction on any suit by the Burfords against MONY in relation to or on account of alleged deceptive sales practices arising out of the purchase of the Policy.

5. On February 18, 2005, MONY moved for summary judgment on its declaratory judgment complaint. The Burfords did not file any opposition to MONY's motion.

6. On April 5, 2005, the Court issued its Order granting MONY's motion for summary judgment, finding that the Burfords' threatened claims were barred by the doctrine of *res judicata*.

7. This action has been fully and finally resolved by virtue of the April 5, 2005 Order. MONY requests that final judgment be entered in accordance with that Order and in the form attached hereto as Exhibit A, so that the case may be readied for any appeal.

Counsel for MONY has conferred with counsel for the defendants who indicated that his clients are taking no position on this motion.

WHEREFORE, MONY requests that final judgment enter against Defendants, Peyton D. Burford, Jr. and Geraldine Burford, in accordance with the Court's Order of April 5, 2005 and in the form attached hereto as Exhibit A.

Dated: July 11, 2005

MONY LIFE INSURANCE COMPANY,

By its attorneys,

/s/ Kathryn K. Conde
Daniel J. Gleason (BBO #194900)
Kathryn K. Conde (BBO #634647)
NUTTER, MCCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
617 439-2000

*Of Counsel:*

Harvey Kurzweil
Richard W. Reinthaler
James P. Smith III
John E. Schreiber
Corinne D. Levy
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092
212 259-8000

## LOCAL RULE 7.1 CERTIFICATION

      I hereby certify that we conferred by telephone on behalf of the movant, MONY Life Insurance Company, with counsel for defendants on July 8, 2005, in order to resolve the issue presented by this motion and that counsel for defendants indicated that his clients are taking no position on this motion.

                                            /s/ Kathryn K. Conde
                                            Kathryn K. Conde

1442585.1