IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------x
IN RE MUTUAL LIFE INSURANCE COMPANY OF    :
NEW YORK PREMIUM LITIGATION               :    MDL Docket No. 1143
------------------------------------x
MONY Life Insurance Company,              :    04-10311 EFH
                              Plaintiff,  :
                                          :    Civil Action No. 2003-842-CG-L
              v.                          :
                                          :
                                          :
PEYTON D. BURFORD, JR., and GERALDINE     :
BURFORD,                                  :
                              Defendants. :
------------------------------------x

## JUDGMENT

HARRINGTON, D.J.

The Court, having issued its Order dated April 5, 2005 on Plaintiff's Motion for Summary Judgment, deciding all claims in favor of Plaintiff,

IT IS ORDERED AND ADJUDGED:

(1)   Judgment for Plaintiff; wherefore, the Court

(a) declares that any claim by Defendants arising out of or in connection with the purchase of MONY Life Insurance Company policy number 13592208 is barred by *res judicata;* and

(b) orders that Defendants and any of their agents, attorneys, representatives, assigns and all other persons claiming by, through or under them, are permanently enjoined

and restrained from instituting or prosecuting further against MONY Life Insurance Company any suit in relation to or on account of alleged deceptive sales practices arising out of the purchase of MONY Life Insurance Company policy number 13592208.

SARAH ALLISON THORNTON, CLERK

Entered at Boston, Massachusetts, this 20th day of October, 2005.

*Sandra E. Holahan*
By Deputy Clerk

1441752.2

2